ULYSSES B. BREWSTER et al., as Administrators of the Estate of FREDERICK G. BREWSTER, Deceased, Suing on Behalf of Said Estate and Other Stockholders of the F. G. BREWSTER COMPANY, Appellants, *v.* THE F. G. BREWSTER COMPANY et al., Respondents.

*Brewster* v. *Brewster Company*, 145 App. Div. 812, modified.
(Argued March 6, 1912; decided March 8, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 7, 1911, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial in an action to have canceled certain certificates of shares of stock.

*John B. Doyle* and *Dudley Davis* for appellants.

*Robert R. Reed* and *James W. Osborne* for respondents.

Order of Appellate Division modified so as to remit the action to the Special Term for decision instead of for a new trial, and as modified affirmed, without costs to either party; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.